UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) Honorable Charles L. Nail, Jr. |
| Michael Joseph Bishop, | ) |
| Elizabeth Ann Bishop, | ) Case No. 11-10090 |
| | ) |
| Debtors. | ) |

NOTICE OF APPEARANCE AND REQUEST FOR COPIES
OF ALL NOTICES, PLEADINGS AND ORDERS

The law firm of Riezman Berger, P.C. enters its appearance in this case for Chrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services Americas, L.L.C., a creditor. The following information is provided pursuant to Rule 9010(b), Fed.R.Bankr.P.:

> RIEZMAN BERGER, P.C.
> 7700 Bonhomme, 7th Floor
> St. Louis, Missouri 63105
> (314) 727-0101

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtor be mailed to counsel at the above address.

> Respectfully submitted,
>
> RIEZMAN BERGER, P.C.
>
>
> By: **/s/ Crystal L. Williams**
> Crystal L. Williams
> 7700 Bonhomme, 7th Floor
> St. Louis, MO 63105
> (314) 727-0101
> Attorneys for Chrysler Financial

**CERTIFICATE OF SERVICE**

      A copy of the foregoing Request for Copies of all Notices, Pleadings and Orders was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on the 6th day of May, 2011:

| | |
|---|---|
| Michael Joseph Bishop<br>5 West Highland Blvd.<br>Watertown, SD 57201 | Debtor |
| Elizabeth Ann Bishop<br>5 West Highland Blvd.<br>Watertown, SD57201 | Debtor |
| Terry J. Sutton<br>P.O. Box 1053<br>Watertown, SD 57201-6053 | Attorney for Debtors |
| Forrest C. Allred<br>14 Second Ave. SE, Ste. 200<br>Aberdeen, SD 57401 | Chapter 7 Trustee |
| Office of United States Trustee<br>314 South Main Ave., Ste. 303<br>Sioux Falls, SD 57104-6462 | |

                                                         **/s/ Crystal L. Williams**