UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH BISHOP<br>dba Bishop Construction<br>SSN/ITIN  xxx-xx-3188<br><br>and<br><br>ELIZABETH ANN BISHOP<br>aka Elizabeth Ann Kleinsasser<br>SSN/ITIN  xxx-xx-3277<br><br>Debtors. | Bankr. No.  11-10090<br>Chapter 7<br><br><br>ORDER GRANTING CHRYSLER<br>FINANCIAL SERVICES AMERICAS,<br>L.L.C. RELIEF FROM THE<br>AUTOMATIC STAY AND COMPELLING<br>ABANDONMENT OF CERTAIN PROPERTY |

Upon consideration of Chrysler Financial Services Americas, L.L.C.'s Motion to Compel Abandonment and for Relief from the Automatic Stay (doc. 15) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Chrysler Financial's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding the following property:

2008 Ford F-250, VIN: 1FTSX21Y78EA91500.

IT IS FURTHER ORDERED the case trustee shall abandon above-described property from the bankruptcy estate.  This order shall constitute the notice the trustee has abandoned the subject property in compliance with this order.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: May 31, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota